# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | |
| **Plaintiff,** | **Case No. 2:12-CR-44** |
| v. | **Judge Peter C. Economus** |
| **TERRY D. PATTERSON,** | **ORDER** |
| **Defendant.** | |

There being no objections, the Court hereby **ADOPTS** the Magistrate Judge's Report and Recommendation that the plea agreement and Defendant's guilty plea be accepted. (Doc. # 20) The Court accepts Defendant's plea of guilty to Count One of the Information, on which Defendant is hereby adjudged guilty.

**IT IS SO ORDERED.**

**/s/ Peter C. Economus**
**PETER C. ECONOMUS**
**UNITED STATES DISTRICT JUDGE**